1  MITCHELL F. MULBARGER, BAR ID #166266
   BAKER, KEENER & NAHRA, LLP
2  633 West 5th Street
   Suite 5500
3  Los Angeles, California 90071
   Telephone: (213) 241-0900
4  Facsimile: (213) 241-0990

5

   Attorneys for Defendant
6  KEITH F. SIMPSON
   (sued as KEITH SIMPSON, an individual)
7

8

9
                    UNITED STATES DISTRICT COURT
10
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

12 | LINGAGOUD MEMULA, an Individual;     | Case No.: 2:15-CV-3885
   | ASHISH PATEL, an Individual;
13 | GUNVANTBHAI B. PATEL, an             | Complaint Superior Court Filed: 04-17-15
   | Individual; ASHAY KALE, an Individual;
14 | UMA KALE, an Individual; PANKAJ      | **NOTICE OF REMOVAL OF**
   | PATEL, an Individual; RAJENDRA B.    | **ACTION UNDER 28 U.S.C. Section**
15 | MAKAN, an Individual; PIYSH PATEL, an| **1446 [FEDERAL QUESTION]**
   | Individual; SHARMI PATEL, an Individual;
16 | ASHVIN CHHANA, an Individual; VIREN
   | DAHYA, an Individual; ATUL KUMAR,
17 | an Individual; BHAVANA MEHTA, an
   | individual; DHNJI PATEL, an Individual;
18 | BABUBHAI PATEL, an Individual; ANJU
   | PATEL, an Individual; DIPAK T. PATEL,
19 | an Individual; JAYA T. PATEL, an
   | Individual; JIGNESH PATEL, an
20 | Individual; GIGNESH PATEL, an
   | Individual; KISAN MAHENDRA
21 | CHHOTALAL, an Individual; MANISHA
   | MAHENDRA CHHOTALAL, an
22 | Individual; PRAMOD B. PATEL, an
   | Individual; DAKSHA P. PATEL, an
23 | Individual; PRAVIN PATEL, an Individual;
   | YOGESH N PATEL, an Individual;
24 | ROOPA PATEL, an Individual; SURESH
   | R. PATEL, an Individual; SURESH
25 | PATEL, an Individual; KARANJIT
   | KOONER, an Individual; SUBI KOONER,
26 | an Individual; RAMESHBHAI M. PATEL,
   | an Individual; DSA ENTERPRISES, LP, a
27 | Tennessee Limited Partnership; ATHENA
   | MANAGEMENT, LP, a Limited
28 966-5322-0001

- 1 -

| | |
|---|---|
| 1 | Partnership; MAHENDRA R. BHAKTA, a Trustee of Mehendra R. Bahkta Family Trust; KANU R. HIRA, as Trustee of Hira Family Trust; DAXABEN HIRA, a Trustee of Hira Family Trust; RAJA PATEL, an individual and as Trustee of the Patel Family Trust 2/10/2000; SBPH LLC, a California Limited Liability Company; DEVENDRA M. PATEL, as Trustee of Patel Family Living Trust; GITA D. PATEL, as Trustee of Patel Family Living Trust; DILIP J. PATEL, an Individual; CARLOS PALACIOS JR., an Individual; ANAND K. PATEL, an Individual; NAYNA UMESH PATEL, an Individual; NATVERLAL D. PATEL, an Individual; SWATI R. PATEL, an Individual; MAHESH KISAN, an Individual; HARSHAKANT KISAN, an Individual; URMISHA PATEL, an Individual; PRABHAVATI J. PATEL, an Individual; GITA V. PATEL AS Trustee of Patel 2007 Trust; ATUL PATEL, an Individual; DIPAKBHAI J. PATEL, an Individual; HIREN P. PATEL, an Individual; RAKESH J. PATEL, an Individual; PAYAL PATEL, an Individual; ALOK KALE, an Individual; VENKAT MEMULA, an Individual; KRISTIN MEMULA, an Individual; NAYNA PATEL, an Individual; SIRISH MAKAN, an Individual, |

Plaintiffs,

vs.

JAMES PREIMESBERGER, an individual; KEITH SIMPSON, an individual; MERIDAN HEALTH SERVICES HOLDINGS, INC., a California Corporation; MERIDIAN HEALTH SERVICES HOLDINGS, LLC, a California Limited Liability Company; MERIDIAN HEALTH SERVICES CORPORATION, a California Corporation; FORESIGHT MANAGEMENT SERVICES, LLC, a California Limited Liability Company; MERIDIAN FORESIGHT MASTER TENANT, LLC, a California Limited Liability Company; NORTHGATE CARE CENTER, INC., a California Corporation; and DOES 1 through 10, inclusive

Defendants.

966-5322-0001

- 2 -

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. Section 1446
[FEDERAL QUESTION]

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1446, et seq., Defendant KEITH F. SIMPSON (sued as KEITH SIMPSON, an individual) hereby removes to this Court the State Court action described below. As grounds for this removal, Defendant Simpson states as follows:

1. On April 17, 2015 an action was commenced in the Superior Court of the State of California, in and for the County of Los Angeles, entitled: <u>Lingagoud Memula, et al. v. James Preimesberger, an individual; et al.</u>, Los Angeles County Superior Court Case No.: BC579189. A true and correct copy of the Complaint is attached hereto as Exhibit "A".

2. The first date upon which Defendant Simpson received a copy of said Complaint was April 27, 2015, when Defendant Simpson was served with a copy of said Complaint. A true and correct copy of the Summons received by Defendant Simpson is attached hereto as Exhibit "B".

3. The above-entitled action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(b) in that it is a civil action arising under Federal Law.

4. The Complaint alleges Causes of Action for Breach of Contract, Fraud, Negligent Misrepresentation, Breach of Fiduciary Duty, **Violation of Racketeer Influence and Corrupt Organization Act (RICO)**, Conversion, Account, Common Counts and Violation of <u>Business & Professions Code</u> § 17200.

5. Resolution of federal question forms the core of this present action. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that the claims arise under the civil RICO statute of 18 U.S.C. § 1961, et seq.

6. While State Court has concurrent jurisdiction, concurrent jurisdiction is not a grounds to prevent removal based on Federal Question jurisdiction. 28 U.S.C. § 1441(a).

7. Accordingly, removal should be granted because the present matter is an action arising under Federal Law and this Court has Federal subject matter jurisdiction over Plaintiffs' claims.

8. I have personally contacted counsel for Defendants in this matter and have informed them of our intention to intention to file this Notice of Removal and have requested their consent to file said Notice.

9. I certify that all Defendants have consented to removal of this matter to Federal jurisdiction. This certification is made in satisfaction of the requirement that all Defendants join in a Request for Removal and is made pursuant to Proctor v. Vishay Intertechnology, Inc. (9th Cir. 2009) 584 F.3d 1208, 1225.

10. All pleadings, process and orders served on Defendants in this action have been filed concurrently with this Notice of Removal, pursuant to 28 U.S.C. § 1446(a).

11. A true copy of this Notice of Removal will be properly filed with the Clerk of the Superior Court of the State of California, in and for the County of Los Angeles.

12. A true copy of this Notice of Removal and Notice thereof will be served upon Plaintiffs' counsel concurrent with the filing of the Notice of Removal.

13. This Notice of Removal is signed subject to the certification requirements of Rule 11 and threat of sanctions therein.

**WHEREFORE**, notice if given that this action is removed from the Superior Court of the Los Angeles County to the United States District Court for the Central District of California.

DATED: May 22, 2015                BAKER, KEENER & NAHRA, LLP

By /s/*MITCHELL F. MULBARGER*
   MITCHELL F. MULBARGER
   Attorneys for Defendant,
   KEITH F. SIMPSON
   (sued as KEITH SIMPSON, an individual)

966-5322-0001

- 4 -

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. Section 1446**
**[FEDERAL QUESTION]**

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of 18 and not a party to the within action; I am employed by BAKER, KEENER & NAHRA, LLP in the County of Los Angeles at 633 West Fifth Street, 55th Floor, Los Angeles, California, 90071.

On May 22, 2015, I served the foregoing document(s) described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. Section 1446 [FEDERAL QUESTION]** by placing true copies thereof enclosed in sealed envelope(s), as follows:

☑ **(BY MAIL)** I caused to be placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of BAKER, KEENER & NAHRA, LLP, at the address set forth and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of BAKER, KEENER & NAHRA, LLP for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☐ **(BY ECF)** I caused the above-referenced document(s) to be filed the Electronic Case Filing (ECF) system in the **United States District Court for the Central District of California, on all parties registered for e-filing**. Counsel of record are required by the Court to be registered e-filers, and as such, are automatically e-served with a copy of the documents upon confirmation of e-filing.

☐ **(BY OVERNIGHT DELIVERY)** I caused to be placed said document(s) in envelope(s) for collection following ordinary business practices , at the offices of BAKER, KEENER & NAHRA, LLP, at the address set forth and addresses as shown on the attached service list, for collection and delivery to a courier authorized to receive said document(s), with delivery fees provided for. I am readily familiar with the practice of BAKER, KEENER & NAHRA, LLP for collection and processing document(s) for overnight delivery, and said envelope(s) will be deposited for receipt by _____ on said date in the ordinary course of business.

☐ **(BY ELECTRONIC SERVICE)** I caused the above-referenced document(s) to be transmitted to the interested parties via electronic transmission to the e-mail addresses as stated on the attached service list.

☑ **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 22, 2015, at Los Angeles, California

_____
KIMBERLEY L. MIJARES

966-5322-0001

# SERVICE LIST

## *Lingagoud Memula, et al. v. James Preimesberger, et al.*
### LASC Case No. BC579189
### (COMPLEX CASE – CCW – Dept. 324)

| | |
|---|---|
| George G. Braunstein, Esq.<br>Clark A. Braunstein, Esq.<br>Annie Berlin, Esq.<br>BRAUNSTEIN & BRAUNSTEIN, PC<br>11755 Wilshire Boulevard<br>Suite 2140<br>Los Angeles, CA 90025<br>(310) 914-4999<br>(310) 914-4996<br>george@braunsteinpc.com<br>clark@braunsteinpc.com<br>annie@braunsteinpc.com<br><br>Counsel for Plaintiffs | |

966-5322-0001